```
 1  G. GEOFFREY ROBB (131515)
    SEAN D. ROSS (351924)
 2  GIBSON ROBB & LINDH LLP
    1255 Powell Street
 3  Emeryville, CA  94608
    Telephone:  (415) 348-6000
 4  Facsimile:  (415) 231-0037
    Email:      grobb@gibsonrobb.com
 5              sross@gibsonrobb.com

 6  Attorneys for Plaintiff
    NAVIGATORS INSURANCE
 7  COMPANY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY; | Case No. 2:24-cv-05777 |
| Plaintiff, | **COMPLAINT FOR DAMAGE TO OCEAN CARGO** |
| v. | (Damages in the sum of $71,590.31) |
| MEDITERRANEAN SHIPPING COMPANY S.A.; MEDITERRANEAN SHIPPING COMPANY (USA) INC.; CASIA GLOBAL LOGISTICS CO., LTD., and DOES 1 to 10; | |
| Defendants. | |

Plaintiff's complaint follows:

1.  Plaintiff NAVIGATORS INSURANCE COMPANY ("Plaintiff"), is now, and at all times herein material was, a corporation, duly organized and existing by virtue of law, and Plaintiff was the insurer of the hereinafter described cargo.

2.  Plaintiff is informed and believes, and on the basis of that information and belief alleges, that MEDITERRANEAN SHIPPING COMPANY S.A., a foreign corporation, MEDITERRANEAN SHIPPING COMPANY (USA) INC., a corporation, CASIA GLOBAL LOGISTICS CO., LTD., a foreign corporation, and

1  DOES 1 to 10, (hereafter "Defendants"), are now and at all times herein material
2  were engaged in business as common carriers for hire within the United States and
3  within this judicial district.
4      3.    The true names of defendants sued herein as DOES 1 to 10, each of
5  whom is responsible for the events and matters herein referred to, and each of whom
6  caused or contributed to the damage herein complained of, are unknown to Plaintiff,
7  who therefore sue said defendants by such fictitious names.  Plaintiff will amend
8  their complaint to show the true names of said defendants when the same have been
9  ascertained.
10     4.    Plaintiff's complaint contains a cause of action for damage to cargo
11 arising under a statute of the United States, namely the Carriage of Goods by Sea
12 Act ("COGSA"), 46 U.S.C. § 30701, and is therefore within the jurisdiction of this
13 Court pursuant to 28 U.S.C. § 1331, as more fully appears herein.  Additionally, the
14 Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333.  Venue is proper
15 under 28 U.S.C. § 1391(b).
16     5.    This is a cause of action for damage to ocean cargo, and is an admiralty
17 and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil
18 Procedure, as hereinafter more fully appears.
19     6.    Plaintiff is informed and believes, and on the basis of such information
20 and belief alleges that, on or about January 15, 2024, at Shanghai, China,
21 Defendants, and each of them, received a shipment of dolls for carriage under bills
22 of lading numbers MEDUGO270235, CSH24010553, and others, issued by and/or
23 on behalf of said defendants.  Defendants, and each of them, agreed, under contracts
24 of carriage and in return for good and valuable consideration, to carry said cargo
25 from Shanghai, China to Nashville, Tennessee via Long Beach, California, and there
26 deliver said cargo to the lawful holder of the aforementioned bill of lading, and
27 others, in the same good order, condition, and quantity as when received.
28 / / /

7. Thereafter, in breach of and in violation of said agreements, Defendants, and each of them, did not deliver said cargo in the same good order, condition, and quantity as when received at Shanghai, China. To the contrary, the cargo was badly damaged while in the care, custody, and control of Defendants. As a result, the value of the cargo was depreciated in the amount of $71,590.31.

8. Prior to the shipment of the herein described cargo and prior to any loss thereto, Plaintiff issued its policy of insurance whereby Plaintiff agreed to indemnify its insured, against its liability for loss of or damage to said cargo while in transit, including mitigation expenses, and Plaintiff has therefore become obligated to pay, and has paid to the person entitled to payment the sum of $71,590.31, which is the depreciation in value of the damaged cargo and related loss and expense on account of the herein described loss.

9. Plaintiff has therefore been damaged in the sum of $71,590.31, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

WHEREFORE, Plaintiff prays that this Court enter judgment in its favor and against Defendants, and each of them; that this Court decree payment by Defendants, and each of them, to Plaintiff in the sum of $71,590.31, together with prejudgment interest thereon and costs of suit herein; and that Plaintiff has such other and further relief as in law and justice it may be entitled to receive.

Respectfully submitted,

Dated: July 9, 2024        GIBSON ROBB & LINDH LLP

/S/ SEAN D. ROSS
Sean D. Ross
sross@gibsonrobb.com
Attorneys for Plaintiff
NAVIGATORS INSURANCE COMPANY