GIBSON ROBB & LINDH LLP
Sean Ross SBN 351924
1255 Powell Street
Emeryville, CA  94608
(415) 348-6000

Representing: Plaintiff                                           File No.

## UNITED STATES DISTRICT COURT
Central District of California - District - Los Angeles - First Street

| | |
|---|---|
| Navigators Insurance Company ) **Plaintiff/Petitioner** ) ) vs. ) ) Mediterranean Shipping Company S.A., et al. ) **Defendant/Respondent** ) ) ) ) | Case No. ~~2:24-cv-05777~~  2:24-cv-05777 FMO (SSCx)<br><br>Proof of Service of:<br>Complaint, Summons (2:24-cv-05777), Civil Cover Sheet, Disclosure of Non-Party Interested Entities or Persons, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Summons (2:24-cv-05777 FMO (SSCx))<br><br>Service on:<br>Mediterranean Shipping Company (USA) Inc.<br><br>Hearing Date:<br><br>Hearing Time:<br><br>Div/Dept: |

PROOF OF SERVICE

Order # 23485075

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>GIBSON ROBB & LINDH LLP<br>Sean Ross SBN 351924<br>1255 Powell Street<br>Emeryville, CA 94608<br>TELEPHONE NO: (415) 348-6000    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: ~~tlocke@gibsonrobb.com~~   sross@gibsonrobb.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA 90012 | |
| PLAINTIFF / PETITIONER: Navigators Insurance Company<br>DEFENDANT / RESPONDENT: Mediterranean Shipping Company S.A., et al. | CASE NUMBER:<br>2:24-cv-05777 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11575102 (23485075) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons (2:24-cv-05777), Civil Cover Sheet, Disclosure of Non-Party Interested Entities or Persons, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge, Summons (2:24-cv-05777 FMO (SSCx)

2. Party Served: Mediterranean Shipping Company (USA) Inc.

3. Person Served: CSC Lawyers Incorporating Service - Alex Jenkins - Authorized Agent

4. Date & Time of Delivery: August 8, 2024 at 1:48 pm PDT

5. Address, City and State: 2710 Gateway Oaks Drive Suite 150N Sacramento, CA, 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for service: $40.00

Registered California process server.
Tyler Di Maria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA 94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Tyler Di Maria*

Tyler Di Maria

Date: August 8, 2024