GIBSON ROBB & LINDH LLP
Sean Ross SBN 351924
1255 Powell Street
Emeryville, CA  94608
(415) 348-6000


Representing: Plaintiff                                         File No.


UNITED STATES DISTRICT COURT

Central District of California - District - Los Angeles - First Street


| Navigators Insurance Company | ) | Case No. ~~2:24-cv-05777~~   2:24-cv-05777 FMO (SSCx) |
| **Plaintiff/Petitioner** | ) | |
| | ) | Proof of Service of: |
| vs. | ) | Complaint, Summons (2:24-cv-05777), Civil Cover Sheet, |
| | ) | Disclosure of Non-Party Interested Entities or Persons, Notice |
| Mediterranean Shipping Company S.A., et al. | ) | of Assignment to United States Judges, Notice to Parties of |
| **Defendant/Respondent** | ) | Court-Directed ADR Program, Notice to Counsel Re Consent |
| | ) | to Proceed before a United States Magistrate Judge, |
| | ) | Summons (2:24-cv-05777 FMO (SSCx) |
| | ) | |

Service on:
Mediterranean Shipping Company S.A.


Hearing Date:


Hearing Time:


Div/Dept:


PROOF OF SERVICE

Order # 23485076

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>GIBSON ROBB & LINDH LLP<br>Sean Ross SBN 351924<br>1255 Powell Street<br>Emeryville, CA 94608<br>TELEPHONE NO: (415) 348-6000  FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: ~~tlocke@gibsonrobb.com~~  sross@gibsonrobb.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA  90012 | |
| PLAINTIFF / PETITIONER: Navigators Insurance Company<br>DEFENDANT / RESPONDENT: Mediterranean Shipping Company S.A., et al. | CASE NUMBER:<br>2:24-cv-05777 |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11575103 (23485076) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Summons (2:24-cv-05777), Civil Cover Sheet, Disclosure of Non-Party Interested Entities or Persons, Notice of Assignment to United States Judges, Notice to Parties of Court-Directed ADR Program, Notice to Counsel Re Consent to Proceed before a United States Magistrate Judge, Summons (2:24-cv-05777 FMO (SSCx)

2. Party Served:  Mediterranean Shipping Company S.A.

3. Person Served:  CSC Lawyers Incorporating Service - Alex Jenkins - Authorized Agent

4. Date & Time of Delivery:  August 8, 2024 at 1:48 pm PDT

5. Address, City and State:  2710 Gateway Oaks Drive Suite 150N Sacramento, CA, 95833

6. Manner of Service:  Personal Service - By personally delivering copies.

Fee for service: $40.00

Registered California process server.
Tyler Di Maria
County: Sacramento
Registration No.: 2006-006

InfoTrack US, Inc. - P000634
1400 N McDowell Blvd, Suite 300
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Tyler Di Maria

Date: August 8, 2024

PROOF OF SERVICE

1 of 1
Order #23485076