UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 24-5777 FMO (SSCx) | Date | October 21, 2024 |
|---|---|---|---|
| Title | Navigators Insurance Company v. Mediterranean Shipping Company S.A., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order Re: Service of Complaint

Having reviewed plaintiff's Response to Order to Show Case Re: Dismissal for Lack of Prosecution (Dkt. 20), in which plaintiff indicates that on October 1, 2024, it made an additional attempt to serve defendant Casia Global Logistics Co., Ltd. ("Casia"), IT IS ORDERED THAT:

1. Plaintiff shall file a proof of service by no later than **November 1, 2024.**[1]

2. Plaintiff is admonished that failure to file a proof of service by the deadline set forth above may result in Casia being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court.  See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. The Order to Show Cause Re: Dismissal Re:  Lack of Prosecution, is hereby continued pending compliance with paragraph one above.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |

---

[1] Plaintiff shall set forth the appropriate standard for serving Casia, which according to plaintiff is a foreign corporation headquartered in China.