UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NAVIGATORS INSURANCE COMPANY;<br><br>Plaintiff,<br><br>v.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A.; MEDITERRANEAN SHIPPING COMPANY (USA) INC.; CASIA GLOBAL LOGISTICS CO., LTD., and DOES 1 to 10;<br><br>Defendants. | Case No. 2:24-cv-05777-SK<br><br>**ORDER CONDITIONALLY GRANTING PLAINTIFF'S REQUEST TO APPEAR REMOTELY AT HEARING ON MOTION FOR DEFAULT JUDGMENT AGAINST CASIA GLOBAL LOGISTICS, CO., LTD.**<br><br>**Date:** August 27, 2025<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Steve Kim<br>**Courtroom:** 540 |
|---|---|

/ / /

/ / /

/ / /

     Plaintiff NAVIGATORS INSURANCE COMPANY's request that the Court permit Plaintiff's counsel, Sean D. Ross, to participate remotely by telephonic or video appearance at the noticed hearing on Plaintiff's Motion for Default Judgment Against Defendant CASIA GLOBAL LOGISTICS CO., LTD., set for August 27, 2025 at 10:00 a.m., is CONDITIONALLY GRANTED in the event that the Court decides to entertain oral argument rather than submit the motion for decision without oral argument.

     IT IS SO ORDERED.

Dated: August 5, 2025

Hon. Steve Kim
UNITED STATES MAGISTRATE JUDGE
CENTRAL DISTRICT OF CALIFORNIA