# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A.; MEDITERRANEAN SHIPPING COMPANY (USA) INC.; CASIA GLOBAL LOGISTICS CO., LTD., and DOES 1 to 10;<br><br>　　　　Defendants. | Case No. 2:24-cv-05777-SK<br><br>**JUDGMENT AGAINST CASIA GLOBAL LOGISTICS CO., LTD** |

In accordance with the Order Granting Plaintiff's Motion for Default Judgment against Defendant CASIA GLOBAL LOGISTICS CO., LTD. ("CASIA"), Judgment is entered in favor of Plaintiff NAVIGATORS INSURANCE COMPANY and against CASIA. CASIA owes to Plaintiff a sum of $65,129.31, together with the cost of suit herein of $858.36, and prejudgment interest in the amount of $4,613.49, for a total sum of $70,600.85. Any rights to offset under California Code of Civil Procedure § 877 are reserved.

Dated:  August 22, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge